MOORE & EVANS, Appellant, v. VAN PRAAG, Respondent. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Moore & Evans against John M. Van Praag. M. Popper, of New York City, for appellant. A. Engel, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MOOT, Appellant, v. MOOT, Respondent. (Supreme Court, Appellate Division, Third Department. May 21, 1914.) Action by Richmond D. Moot against Margaret A. Moot.

PER CURIAM. Order modified, by striking out specifications 5, 6, 8, 9, 10, 11, 12, 13, 14, and 15, and, further, that the plaintiff be required, within five days from the entry of this order and service thereof on plaintiff's attorney, to serve said bill of particulars, and, as so modified, affirmed, without costs.

WOODWARD, J., not sitting.

MORAND v. MANHATTAN NAVIGATION CO. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Charles M. Morand against the Manhattan Navigation Company. No opinion. Application denied, with $10 costs. Order signed.

MORGAN et al., Respondents, v. SHERMAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 20, 1914.) Action by Perry Morgan and others against Milan Sherman. No opinion. Judgment and order affirmed, with costs.

MORGENSTERN, Respondent, v. MORGENSTERN, Appellant. (Supreme Court, Appellate Division, First Department. April 9, 1914.) Action by Estelle Morgenstern against Hans Morgenstern. I. T. Flatto, of New York City, for appellant. L. R. Brilles, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MORRIS et al. v. CAHN et al. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Abram Morris and others against Ferdinand Cahn and others. No opinion. Motion to dismiss appeal granted, without costs. Order filed.

In re MOSKOWITZ. (Supreme Court, Appellate Division, First Department. April 9, 1914.) In the matter of Eugene Moskowitz. No opinion. Referred to official referee. Settle order on notice.

MUHLENBECK, Respondent, v. CROSSTOWN ST. RY. CO. OF BUFFALO et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 13, 1914.) Action by William Muhlenbeck against the Crosstown Street Railway Company of Buffalo and another. No opinion. Order affirmed, with costs.

MULLETT, Respondent, v. THOMPSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 13, 1914.) Action by George S. Mullett against Charles E. Thompson.

PER CURIAM. Judgment and order affirmed, with costs.

MERRELL, J., not sitting.

NAGLE, Respondent, v. THOMPSON STARRETT CO., Appellant. (Supreme Court, Appellate Division, First Department. April 17, 1914.) Action by Charles R. Nagle against the Thompson Starrett Company. L. E. Ginn, of New York City, for appellant. J. A. O'Leary, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, P. J., dissents.

In re NARGANES. (Supreme Court, Appellate Division, First Department. April 24, 1914.) In the matter of Ricardo Narganes. No opinion. Motion denied, with $10 costs. Order filed. See, also, 146 N. Y. Supp. 922.

NASSAU HOTEL CO. v. BARNETT & BARSE CORPORATION et al. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by the Nassau Hotel Company against the Barnett & Barse Corporation, impleaded. No opinion. Motion granted, question certified, and order filed. See, also, 147 N. Y. Supp. 283.

NEIPLING, Respondent, v. NEW YORK TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 25, 1914.) Action by Louis Neipling against the New York Telephone Company. No opinion. Judgment and order affirmed, with costs.

NEUBECK, Appellant, v. EDWARDS et al., Respondents. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Henry Neubeck against George E. Edwards and others, as trustees, etc. J. T. Davies, Jr., of New York City, for appellant. H. Reeves, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re NEW COURT HOUSE IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. April 9, 1914.) In the matter of the New Court House in the City of New York. No opinion. Motion granted. Order filed.

NEW PALTZ, H. & P. TRACTION CO. v. CENTRAL NEW ENGLAND RY. CO. et al. (Supreme Court, Appellate Division, Third Department. May 21, 1914.) Action by the New Paltz, Highland & Poughkeepsie Traction Company against the Central New England Railway Company and another. In the matter of the application of the Central New England Railway Company for the elimination of the following grade crossings in the town of Lloyd, Ulster county: (1) The North road to Black Lake; (2) the New Paltz turnpike, also known as the Whittley crossing; and (3) for deter-